

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00845-CR

Lawrence Ray **JACKSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR4080B
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED March 29, 2023.

_____
Luz Elena D. Chapa, Justice